IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 13-231 |
| THOMAS C. PHELAN | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

                                                      JENNIFER ARBITTIER WILLIAMS
                                                    ACTING UNITED STATES ATTORNEY

                                                    s/ Mary E. Crawley
                                                    MARY E. CRAWLEY
                                                    Assistant United States Attorney